STATE v. BELL

No. 14 PC.

Case below: 33 N.C. App. 607.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977. Appeal dismissed ex mero motu for lack of substantial constitutional question 23 August 1977.

STATE v. BOOMER

No. 203 PC.

Case below: 33 N.C. App. 324.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 23 August 1977.

STATE v. BOONE

No. 51.

Case below: 33 N.C. App. 378.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 23 August 1977.

STATE v. BOST

No. 21 PC.

Case below: 33 N.C. App. 673.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.

STATE v. DAILEY

No. 202 PC.

Case below: 33 N.C. App. 551.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 August 1977.